820 A.2d 664

IN THE MATTER OF ISADORE H. MAY, AN ATTORNEY
AT LAW (ATTORNEY NO. 021531985).

April 23, 2003.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **ISADORE H. MAY** of **MARGATE**, who was
admitted to the bar of this State in 1985, and who was suspended
from the practice of law for a period of one year effective
December 14, 2001, by Order of this Court dated November 14,
2001, be restored to the practice of law, effective immediately.